# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| KRISTY DUMONT; DANA DUMONT; ERIN BUSK-SUTTON; REBECCA BUSK-SUTTON; and JENNIFER LUDOLPH,<br><br>Plaintiffs,<br><br>v.<br><br>NICK LYON, in his official capacity as the Director of the Michigan department of Health and Human Services; and HERMAN MCCALL, in his official capacity as the Executive Director of the Michigan Children's Services Agency,<br><br>Defendants. | No. 2:17-cv-13080-PDB-EAS<br><br>Hon. Paul D. Borman<br><br>Mag. Elizabeth A. Stafford<br><br>**GROUP OF 53 MICHIGAN STATE LEGISLATORS' MOTION FOR LEAVE TO FILE AMICUS BRIEF** |

Proposed Amicus Curiae are a group of 53 Michigan State Legislators ("State Legislators") who either sponsored, voted in favor of, or now support 2015 P.A. 53 ("P.A. 53").[1]

District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has "unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *NGV Gaming, Ltd.*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (quoting *Cobell v. Norton*, 246 F. Supp. 2d

---

[1] Amici include 52 current legislators and 1 former state legislator.

1

59, 62 (D.D.C. 2003)); *see also United States v. Alkaabi*, 223 F. Supp. 2d 583, 592 (D.N.J. 2002) (the role of an amicus curiae is as a "friend of the court" who can "assist in a case of general public interest, to supplement the efforts of counsel, and to draw the court's attention to law that might otherwise escape consideration.").

Applied here, State Legislators have a unique interest in this case and a unique perspective as those who passed or supported the law being challenged in this case. This perspective will be helpful to this Court in its resolution of the matter.

Pursuant to Local Rule 7.1(a), State Legislators sought the concurrence of counsel for all parties. Defendants Nick Lyon and Herman McCall have no objection to the filing of the proposed amicus brief attached as Exhibit A. Plaintiffs and Defendants-Intervenors St. Vincent Catholic Charities, Melissa and Chad Buck, and Shamber Flore take no position. Therefore, State Legislators respectfully submit this motion to the Court for its consideration and request that this Court grant leave to file the proposed amicus brief accompanying this motion.

Respectfully submitted this 30th day of January, 2018.

|  |  |
|---|---|
|  | /s/ Jeremy D. Tedesco |
| Timothy Denney (P39990) |  |
| Rickard, Denney, Garno & Leichliter | Kristen K. Waggoner (AZ Bar. No. 032382)* |
|  | David A. Cortman (AZ Bar No. 029490) |
| 110 N. Saginaw Street, Ste. 1 | Jeremy D. Tedesco (AZ Bar No. 023497) |
| Lapeer, MI 48446 | Jonathan A. Scruggs (AZ Bar No. 030505)* |
| (810) 664-0750 | Katherine L. Anderson (AZ Bar No. 033104*) |
| Tdenney@twdpclaw.com | Alliance Defending Freedom |
|  | 15100 N. 90th Street |
|  | Scottsdale, AZ 85260 |
|  | (480) 444-0020 |
|  | kwaggoner@adflegal.org |
|  | dcortman@adflegal.org |
|  | jtedesco@adflegal.org |
|  | jscruggs@adflegal.org |
|  | kanderson@adflegal.org |

*Attorneys for Amicus Curiae*

*\*Pending admission*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2018, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will provide electronic copies to counsel of record.

/s/ Jeremy D. Tedesco

Jeremy D. Tedesco (AZ Bar No. 023497)
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jtedesco@adflegal.org