UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTY DUMONT; DANA DUMONT;
ERIN BUSK-SUTTON; REBECCA
BUSK-SUTTON; and JENNIFER
LUDOLPH,

                Plaintiffs,

v.

NICK LYON, in his official capacity
as the Director of the Michigan department
of Health and Human Services; and
HERMAN MCCALL, in his official
capacity as the Executive Director of
the Michigan Children's Services Agency,

                Defendants,

and

ST. VINCENT CATHOLIC
CHARITIES,

                Intervening Defendant.
_____/

Case No. 17-cv-13080

Paul D. Borman
United States District Judge

## ORDER GRANTING UNOPPOSED MOTION OF ST. VINCENT CATHOLIC CHARITIES TO INTERVENE

On December 18, 2017, St. Vincent Catholic Charities ("St. Vincent"), Melissa Buck, Chad Buck and Shamber Flore filed a motion to intervene as Defendants in this matter. (ECF No. 18.) The Proposed Intervenor Defendants received concurrence in

1

their motion from the Defendants. (ECF No. 18, Mot. at 3, PgID 419.) On January 2, 2018, Plaintiffs filed a "Response in Partial Opposition to Motion to Intervene." (ECF No. 21.) Plaintiffs oppose the intervention of Chad Buck, Melissa Buck, and Shamber Flore but "Plaintiffs do not oppose the Motion [to Intervene] with respect to St. Vincent Catholic Charities." (ECF No. 21, Pls.' Resp. 1, PgID 524.) St. Vincent, having filed a timely motion to intervene that is unopposed and having otherwise satisfied the requirements of Fed. R. Civ. P. 24(a) by demonstrating a substantial legal interest in the case, an inability to protect that interest in the absence of intervention, and inadequate representation of their interest by the parties already before the Court, is entitled to intervene as of right. *See* Fed. R. Civ. P. 24(a)(2).

Accordingly, St. Vincent's Unopposed Motion to Intervene is GRANTED. The Court will hold a hearing, as scheduled, on **Wednesday, March 7, 2018 at 2:00 p.m.**, to hear argument on the motion of Chad and Melissa Buck and Shamber Flore to intervene in this case.

IT IS SO ORDERED.

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: March 5, 2018

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 5, 2018.

                                              s/Deborah Tofil
                                              Case Manager