UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KRISTY DUMONT; DANA DUMONT; ERIN BUSK-SUTTON; REBECCA BUSK-SUTTON; and JENNIFER LUDOLPH,<br><br>Plaintiffs,<br><br>v.<br><br>NICK LYON, in his official capacity as the Director of the Michigan Department of Health and Human Services; and HERMAN MCCALL, in his official capacity as the Executive Director of the Michigan Children's Services Agency,<br><br>Defendants,<br><br>and<br><br>ST. VINCENT CATHOLIC CHARITIES; MELISSA BUCK; CHAD BUCK; and SHAMBER FLORE,<br><br>Defendants-Intervenors. | Case No. 2:17-cv-13080<br><br>Paul D. Borman<br>United States District Judge |

**STIPULATED ORDER OF WITHDRAWAL OF ATTORNEY
RYAN D. GALISEWSKI**

The parties hereby stipulate and agree to the withdrawal of Ryan D. Galisewski from the above-captioned matter. As of June 1, 2018, Mr. Galisewski, is leaving the employment of Sullivan & Cromwell LLP. Other counsel from

Sullivan & Cromwell LLP, as well as counsel from the American Civil Liberties Union Fund of Michigan and the American Civil Liberties Union Foundation, remain as attorneys of record for Plaintiffs.

SO ORDERED.

Dated: June 4, 2018

s/Paul D. Borman
Paul D. Borman
United States District Judge

Stipulated to by:

SULLIVAN & CROMWELL LLP

By: /s/ Ann-Elizabeth Ostrager
Garrard R. Beeney
Ann-Elizabeth Ostrager
Jason W. Schnier
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
beeneyg@sullcrom.com
ostragera@sullcrom.com
schnierj@sullcrom.com

AMERICAN CIVIL LIBERTIES UNION
  FUND OF MICHIGAN

Jay D. Kaplan (P38197)
Michael J. Steinberg (P43085)
Kary L. Moss (P49759)
2955 Woodward Avenue
Detroit, MI 48201
Telephone: (313) 578-6823

MICHIGAN DEPARTMENT OF
ATTORNEY GENERAL

By: /s/ Joshua S. Smith
Joshua S. Smith (P63349)
525 W. Ottawa St., Fl. 3
PO Box 30758
Lansing, MI 48909
Telephone: (517) 373-7700
smithj46@michigan.gov

*Counsel for Defendants*

THE BECKET FUND FOR
RELIGIOUS LIBERTY

By: /s/ Mark L. Rienzi
Mark L. Rienzi
Stephanie H. Barclay
1200 New Hampshire Ave. NW
Suite 700

jkaplan@aclumich.org
msteinberg@aclumich.org

THE AMERICAN CIVIL LIBERTIES UNION FOUNDATION

Leslie Cooper
125 Broad Street, 18th Floor
New York, NY 10004
Telephone:  (212) 549-2633
lcooper@aclu.org

Daniel Mach
915 15th Street NW
Washington, DC 20005
Telephone:  (202) 675-2330
dmach@aclu.org

*Counsel for Plaintiffs*

Washington, DC 20036
Telephone:  (202) 955-0095
sbarclay@becketlaw.org
mrienzi@becketlaw.org

*Counsel for Defendants-Intervenors*