UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTY DUMONT; DANA DUMONT;
ERIN BUSK-SUTTON; REBECCA
BUSK-SUTTON,

        Plaintiffs,

v.

NICK LYON, in his official capacity
as the Director of the Michigan department
of Health and Human Services; and
HERMAN MCCALL, in his official
capacity as the Executive Director of
the Michigan Children's Services Agency,

        Defendants,

and

ST. VINCENT CATHOLIC
CHARITIES, MELISSA BUCK, CHAD
BUCK, and SHAMBER FLORE,

        Intervenor Defendants.
_____/

Case No. 17-cv-13080

Paul D. Borman
United States District Judge

ORDER GRANTING IN PART JOINT MOTION TO STAY PROCEEDINGS,
ENTERING A 30-DAY STAY OF PROCEEDINGS,
AND EXTENDING DEADLINES 30-DAYS

On January 23, 2019, the Plaintiffs and the State Defendants filed a Joint Motion to Stay Proceedings (ECF No. 74) and a Joint Motion for Immediate Consideration of the Motion to Stay Proceedings (ECF No. 75). Plaintiffs and State

1

Defendants represent in their joint motion that they are actively engaged in settlement discussions and seek a stay to allow the parties to focus on those discussions and to potentially avoid the cost of a number of noticed depositions, which are scheduled to begin tomorrow, January 25, 2019. Plaintiffs and State Defendants also represent that they sought concurrence from the Intervenor Defendants who took no position as to the requested stay.

The Court GRANTS the motion for immediate consideration and GRANTS IN PART the motion to stay. The Court will DENY the request for a sixty (60) day stay, and will GRANT a thirty (30) day stay of proceedings and will extend the fact and expert discovery deadlines, as well as the dispositive and expert motion deadlines, for a like period of time. Accordingly, the remaining dates on the Court's November 13, 2018 Amended Scheduling Order are amended as follows:

| | |
|---|---|
| Fact Discovery Deadline: | March 20, 2019 |
| Expert Discovery Deadline: | April 17, 2019 |
| Motions Challenging Experts (if necessary) and Dispositive Motions filed by: | May 15, 2019 |
| Responses to *Daubert* (if necessary) and to Dispositive Motions: | June 5, 2019 |
| Replies to *Daubert* (if necessary) and to Dispositive Motions: | June 19, 2019 |
| *Daubert* Motion Hearing (if necessary): | July 17, 2019 |

    Dispositive Motion Hearing:                      July 29, 2019

IT IS SO ORDERED.

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  January 24, 2019