UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KRISTY DUMONT; DANA DUMONT; ERIN BUSK-SUTTON; and REBECCA BUSK-SUTTON,

    Plaintiffs,

v.

NICK LYON, in his official capacity as the Director of the Michigan Department of Health and Human Services; and HERMAN MCCALL, in his official capacity as the Executive Director of the Michigan Children's Services Agency,

    Defendants,

and

ST. VINCENT CATHOLIC CHARITIES; MELISSA BUCK; CHAD BUCK; and SHAMBER FLORE,

    Defendants-Intervenors.

No. 17-cv-13080-PDB-EAS

HON. PAUL D. BORMAN

MAG. ELIZABETH A. STAFFORD

_____/

**STIPULATION AND ORDER TO EXTEND STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO REOPEN PROCEEDINGS FOR PURPOSES OF ENFORCING THE SETTLEMENT AGREEMENT (DOC. #87)**

# STIPULATION AND ORDER TO EXTEND STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO REOPEN PROCEEDINGS FOR PURPOSES OF ENFORCING THE SETTLEMENT AGREEMENT (DOC. #87)

The parties, through their counsel, stipulate and agree:

1. Plaintiffs filed a Motion to Reopen Proceedings for Purposes of Enforcing the Settlement Agreement on February 24, 2020 (Doc. #87).

2. Pursuant to L.R. 7.1(e)(1)(A), State Defendants' response is due on or before March 9, 2020.

3. The parties stipulate to extend the time for filing State Defendants' response to Plaintiffs' Motion to Reopen Proceedings for Purposes of Enforcing the Settlement Agreement to March 12, 2020.

| /s/ Ann-Elizabeth Ostrager | /s/ Toni L. Harris |
|---|---|
| Ann-Elizabeth Ostrager | Toni L. Harris (P63111) |
| Attorney for Plaintiffs | Attorney for State Defendants |
| Sullivan & Cromwell LLP | Michigan Department of Attorney General |
| 125 Broad Street | Assistant Attorney General |
| New York, NY 10004 | Health, Education & Family Services |
| (212) 558-7357 | P.O. Box 30758 |
| Ostragerae@sullcrom.com | Lansing, MI 48909 |
| | (517) 335-7603 |
| | HarrisT19@michigan.gov |
| Date: March 9, 2020 | Date: March 9, 2020 |

# ORDER TO EXTEND TIME FOR STATE DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO REOPEN PROCEEDINGS FOR PURPOSES OF ENFORCING THE SETTLEMENT AGREEMENT (DOC. #87)

This matter having come before the Court upon the Parties' Stipulation to extend the deadline for State Defendants to respond to Plaintiffs' Motion to Reopen Proceedings for Purposes of Enforcing the Settlement Agreement (DOC. #87),

IT IS HEREBY ORDERED that State Defendants' Response is due on or before March 12, 2020.

IT IS SO ORDERED.

Dated: March 11, 2020

s/Paul D. Borman
Paul D. Borman
United States District Judge