UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KRISTY DUMONT; DANA DUMONT; ERIN BUSK-SUTTON; and REBECCA BUSK-SUTTON, | No. 17-cv-13080-PDB-EAS |
| Plaintiffs, | HON. PAUL D. BORMAN |
| v. | MAG. ELIZABETH A. STAFFORD |
| ROBERT GORDON, in his official capacity as the Director of the Michigan Department of Health and Human Services; and JENNIFER WRAYNO, in her official capacity as the Executive Director of the Michigan Children's Services Agency, | **APPEARANCE OF COUNSEL** |
| Defendants, | |
| and | |
| ST. VINCENT CATHOLIC CHARITIES; MELISSA BUCK; CHAD BUCK; and SHAMBER FLORE, | |
| Defendants-Intervenors. | |
| _____/ | |

## APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Neil A. Giovanatti, Assistant Attorney General, hereby enters his appearance on behalf of Defendants Robert Gordon, in his official capacity as Director of the Michigan Department of Health and Human Services, and Joo Yeun Chang,[1] in her official capacity as Executive Director of Michigan Children's Services Agency, in the above captioned matter.

Respectfully submitted,

Dana Nessel
Attorney General

Dated: March 11, 2020

/s/ Neil A. Giovanatti
Neil A. Giovanatti
Attorney for State Defendants
Michigan Department of
 Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
giovanattin@michigan.gov
(P82305)

---

[1] Pursuant to Fed. R. Civ. P. 25(d), this Appearance reflects the substitution of Children's Services Agency Executive Director Joo Yeun Chang for former Acting Children's Services Agency Executive Director Jennifer Wrayno, who was named in her official capacity.

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2020, I electronically filed an Appearance of Counsel with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

/s/ Neil A. Giovanatti
Michigan Department of
 Attorney General
Health, Education & Family
Services Division
P.O. Box 30758
Lansing, MI  48909
(517) 335-7603
giovanattin@michigan.gov