# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| KRISTY DUMONT; DANA DUMONT; ERIN BUSK-SUTTON; and REBECCA BUSK-SUTTON,<br><br>   Plaintiffs,<br><br>   v.<br><br>ROBERT GORDON, in his official capacity as the Director of the Michigan Department of Health and Human Services; and JOOYEUN CHANG in her official capacity as the Senior Deputy Director of the Michigan Children's Services Agency,<br><br>   Defendants,<br><br>and<br><br>ST. VINCENT CATHOLIC CHARITIES; MELISSA BUCK; CHAD BUCK; and SHAMBER FLORE,<br><br>   Intervenor Defendants. | No. 2:17-cv-13080-PDB-EAS<br><br>HON. PAUL D. BORMAN<br><br>MAG. ELIZABETH A. STAFFORD<br><br>**STIPULATED ORDER FOR WITHDRAWAL OF COUNSEL** |

By stipulation of the parties, attorney James G. Mandilk shall be permitted to withdraw as one of Plaintiffs' counsel of record.

SO ORDERED.

Dated: June 19, 2020          s/Paul D. Borman
                              HON. PAUL D. BORMAN
                              UNITED STATES DISTRICT JUDGE

We stipulate to entry of the above order.

/s/ Ann-Elizabeth Ostrager            /s/ Toni L. Harris (by consent)
                                      Toni L. Harris
Ann-Elizabeth Ostrager                Michigan Department of Attorney
SULLIVAN & CROMWELL LLP                 General
125 Broad Street                      P.O. Box 30758
New York, NY  10004-2498              Lansing, MI 48909
Telephone:  (212) 558-4000            (517) 335-7603
ostragerae@sullcrom.com               harrist19@michigan.gov

*Counsel for Plaintiffs*               *Counsel for State Defendants*

                                      /s/ Lori H. Windham (by consent)
                                      Lori H. Windham
                                      The Becket Fund for Religious Liberty
                                      1200 New Hampshire Ave. NW,
                                        Ste. 700
                                      Washington, DC 20036
                                      (202) 955-0095
                                      lwindham@becketlaw.org

                                      *Counsel for Intervenor Defendants*

Dated: June 18, 2020

2