UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KRISTY DUMONT; DANA DUMONT; ERIN BUSK-SUTTON; and REBECCA BUSK-SUTTON,<br><br>Plaintiffs,<br><br>v.<br><br>NICK LYON, in his official capacity as the Director of the Michigan Department of Health and Human Services; and HERMAN MCCALL, in his official capacity as the Executive Director of the Michigan Children's Services Agency,<br><br>Defendants,<br><br>and<br><br>ST. VINCENT CATHOLIC CHARITIES; MELISSA BUCK; CHAD BUCK; and SHAMBER FLORE,<br><br>Intervenor Defendants. | No. 2:17-cv-13080-PDB-EAS<br><br>HON. PAUL D. BORMAN<br><br>MAG. ELIZABETH A. STAFFORD<br><br><br>**PLAINTIFFS' WITHDRAWAL OF MOTION TO REOPEN** |

**PLAINTIFFS' WITHDRAWAL OF MOTION TO REOPEN**

In light of the stipulated order and judgment in *Buck* v. *Hertel*, Plaintiffs Kristy Dumont, Dana Dumont, Erin Busk-Sutton, and Rebecca Busk-Sutton (collectively, "Plaintiffs"), hereby withdraw their Motion to

Reopen Proceedings for the Purposes of Enforcing the Settlement Agreement, ECF No. 87.

Dated:  February 22, 2022

/s/ Ann-Elizabeth Ostrager

| | |
|---|---|
| Jay Kaplan (P38197) | Leslie Cooper |
| Daniel S. Korobkin (P72842) | American Civil Liberties Union |
| American Civil Liberties Union |   Foundation |
|   Fund of Michigan | 125 Broad Street, 18th Floor |
| 2966 Woodward Avenue | New York, NY  10004 |
| Detroit, MI  48201 | Telephone:  (212) 549-2633 |
| Telephone:  (313) 578-6823 | lcooper@aclu.org |
| jkaplan@aclumich.org | |
| dkorobkin@aclumich.org | Garrard R. Beeney |
| | Ann-Elizabeth Ostrager |
| Daniel Mach | SULLIVAN & CROMWELL LLP |
| American Civil Liberties Union | 125 Broad Street |
|   Foundation | New York, NY  10004-2498 |
| 915 15th Street NW | Telephone:  (212) 558-4000 |
| Washington, DC  20005 | beeneyg@sullcrom.com |
| Telephone:  (202) 675-2330 | ostragerae@sullcrom.com |
| dmach@aclu.org | |
| | *Counsel for Plaintiffs* |

-3-

## CERTIFICATE OF SERVICE

I hereby certify that, on February 22, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: February 22, 2022

/s/ Ann-Elizabeth Ostrager

SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
ostragerae@sullcrom.com